NO. 07-02-0508-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 21, 2003
_____

COVENANT HOSPITAL PLAINVIEW
FKA METHODIST HOSPITAL PLAINVIEW

Appellant

v.

BRIAN CARTY

Appellee
_____

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B31197-0011; HON. EDWARD B. NOBLES, PRESIDING
_____

**ORDER OF ABATEMENT**
_____

Before QUINN, REAVIS and CAMPBELL, JJ.

Covenant Hospital Plainview fka Methodist Hospital Plainview (appellant) appeals the October 28, 2002 judgment of the 242nd District Court of Hale County. This court has received notice from appellant's counsel that appellee has filed a voluntary petition as debtor under Chapter 7 of the United States Bankruptcy Code. Said notice included a file-

marked copy of said petition. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed.

Under these circumstances, and for administrative purposes, this appeal is removed from the docket of this Court and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted or that the Court may otherwise proceed with the disposition of the cause.

Accordingly, the appeal is abated.

Per Curiam

Do not publish.